■ ROBERT P. LYNN, JR., P. C. Appellant, v STEVEN M. MERDINGER et al., Respondents. [627 NYS2d 949] —In an action to recover fees for legal services, the plaintiff appeals from so much of an order of the Supreme Court, Queens County (Milano, J.), dated March 22, 1994, as denied its motion for summary judgment and its separate motion insofar as it was to dismiss the defendants' first, third, fourth, sixth, and eighth counterclaims.

Ordered that the order is affirmed insofar as appealed from, with costs.

Contrary to the plaintiff's contention, the record reflects the existence of disputed accounts. The record also reveals issues of fact regarding, *inter alia,* the liability of the individual defendants, especially Stephen P. Corso, Jr. These issues of fact precluded granting the plaintiff's motion for summary judgment *(see, Zuckerman v City of New York,* 49 NY2d 557; *Santora & McKay v Mazzella,* 182 AD2d 572).

The court also properly denied the plaintiff's motion insofar as it was to dismiss the defendants' first, third, fourth, sixth, and eighth counterclaims, as the defendants alleged cognizable causes of action *(see, Guggenheimer v Ginzberg,* 43 NY2d 268).

The plaintiff's remaining contentions are without merit. Rosenblatt, J. P., Ritter, Santucci and Krausman, JJ., concur.